# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:18-cr-623 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| ANTWON D. WILLIAMS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on 3/23/2023. A supplemental violation report was filed in this case on 6/6/2023. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on 2/2/2023. The hearing involved the following violations (as numbered in the violation report):[1]

1. New Law Violation
3. Criminal Associations
4. Possession of Controlled Illegal Substance
6. Possession of Illegal Substance.

The magistrate judge filed a report and recommendation on 5/4/2023, in which she recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 3, 4, and 6.

A final supervised release violation hearing was conducted on 6/7/2023. Present

---

[1] The United States of America withdrew alleged violations 2 and 5.

were the following: Assistant U.S. Attorney Joseph Dangelo, representing the United States; Attorney Jeffrey Lazarus, representing the defendant; the Defendant Antwon D. Williams; and United States Probation Officer Sharlon Cobb.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 3, 4, and 6.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 6 months. Upon release from imprisonment, the defendant is to serve 3 years of supervised release with the same terms and conditions as previously imposed. Defendant remanded.

**IT IS SO ORDERED**.

Dated: June 7, 2023

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT COURT**
**CHIEF JUDGE**